UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00160-FDW

| | |
|---|---|
| KISHA ADDISON, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[1] ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion to Remand to Social Security Administration, (Doc. No. 17), filed on February 7, 2022. Plaintiff, through counsel, does not oppose Defendant's Motion.

For good cause shown, IT IS THEREFORE ORDERED that Defendant's Motion to Remand, (Doc. No. 17), is GRANTED, and this Court REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: February 8, 2022

Frank D. Whitney
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).